UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

WILLIAM PAT MATTINGLY                                                       Plaintiff

v.                                                                            Civil Action No. 3:21-CV-145-RGJ-CHL

COMMISSIONER OF SOCIAL                                            Defendant
SECURITY,

\* \* \* \* \*

**ORDER**

This matter comes before the Court on the Report and Recommendation (the "R&R") [DE 22] of United States Magistrate Judge Colin H. Lindsay recommending the ALJ's decision be reversed and this matter remanded pursuant to sentence four of 42 U.S.C. 405(g) to the Commissioner of Social Security to conduct additional proceedings to remedy the defects in the original proceedings. This matter was referred Magistrate Judge Lindsay to issue an R&R. [DE 14]. William Pat Mattingly ("Mattingly") filed a Complaint [DE 1] challenging the final decision of the Commissioner of Social Security ("Commissioner"). Mattingly filed a Fact and Law Summary [DE 15] and the Commissioner filed a Fact and Law Summary [DE 21]. On August 2, 2022, Magistrate Judge Lindsey issued an R&R, recommending that the decision of the ALJ be reversed and this matter remanded. [DE 22]. No objections were filed to the R&R within the applicable time. This matter is now ripe and for the reasons below, the Court **ADOPTS** the R&R.

Under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, a district court may refer a pretrial matter to a magistrate judge for preparation of an R&R. "The magistrate judge must enter a recommended disposition, including, if appropriate, proposed findings of fact." Fed. R. Civ. P. 72(b)(1). This Court then must "determine de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). The Court need not

review under a *de novo* or any other standard those aspects of the report and recommendation to which no specific objection is made and may adopt the findings and rulings of the magistrate judge to which no specific objection is filed.  *Thomas v. Arn,* 474 U.S. 140, 150, 155 (1985).

Here, no objections were filed to the R&R.  That said, the Court has conducted its own review of the record and finds no error in the magistrate judge's findings and conclusions. For these reasons, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge, [DE 22], is **ADOPTED** in whole and **INCORPORATED** by reference;

(2) This case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. § 405(g);

(3) A separate judgment will be entered.

Rebecca Grady Jennings, District Judge
United States District Court

August 25, 2022